684 A.2d 119

**E.P. GUIDI, INC., Appellant,**

v.

**DEPARTMENT OF GENERAL SERVICES.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 1996.

Decided Nov. 8, 1996.

Edward Seglias, Roy S. Cohen, Philadelphia, for E.P. Guidi, Inc.

Nora Doyle, Jose Morales, Harrisburg, for Comm., Dept. of General Services.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.